```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT BONNOT
6
7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,    ) CR.S. 12-0026-JAM
11                              )
              Plaintiff,        ) STIPULATION AND ORDER
12                              ) TO EXTEND TIME FOR STATUS
        v.                      ) CONFERENCE AND EXCLUDE TIME
13                              )
   ROBERT BONNOT,               ) DATE: May 15, 2012
14                              ) Time: 9:30 a.m.
              Defendant.        ) Judge: John A. Mendez
15 _____
16
           Defendant ROBERT BONNOT, by and through his counsel, DENNIS
17
   S. WAKS, Supervising Assistant Federal Defender, and the United
18
   States Government, by and through its counsel, KYLE REARDON,
19
   Assistant United States Attorney, hereby stipulate that the
20
   status conference set for March 6, 2012, be rescheduled for a
21
   status conference on Tuesday, May 15, 2012, at 9:30 a.m.
22
           This continuance is being requested because defense counsel
23
   requires additional time to receive and review discovery, discuss
24
   the case with the government and pursue investigation.  This is
25
   the parties first request for a continuance.
26
           Speedy trial time is to be excluded from the date of this
27
   order through the date of the status conference set for May 15,
28
                                    1
```

2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 1, 2012

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
ROBERT BONNOT

DATED: March 1, 2012    BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
KYLE REARDON
Assistant U.S. Attorney

**SO ORDERED.**

Dated: 3/1/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge