```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT BONNOT
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.S. 12-0026-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) TO EXTEND TIME FOR STATUS |
| v. | ) CONFERENCE AND EXCLUDE TIME |
|  | ) |
| ROBERT BONNOT, | ) DATE: September 18, 2012 |
|  | ) Time: 9:45 a.m. |
| Defendant. | ) Judge: John A. Mendez |

Defendant ROBERT BONNOT, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the status conference set for July 17, 2012, be rescheduled for a status conference on Tuesday, September 18, 2012, at 9:45 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government and pursue investigation. This defendant, if convicted of the charged offense, will be looking at a sentence of 15 to 30 years.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for September 18, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 13, 2012

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  ROBERT BONNOT

DATED: July 13, 2012              BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Dennis S. Waks for
                                  KYLE REARDON
                                  Assistant U.S. Attorney

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation through and including September 18, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for September 18, 2012, at 9:45 a.m..

DATED: 7/13/2012  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge