1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
ROBERT BONNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) NO. CR.S-12-026-JAM
                            )
            Plaintiff,      )
                            ) **STIPULATION AND ORDER;**
      v.                    ) **CONTINUING STATUS CONFERENCE**
                            ) **AND EXCLUDING TIME**
ROBERT BONNOT,              )
                            ) Date: January 15, 2013
            Defendant.      ) Time: 9:45 a.m.
_____) Judge: Hon. John A. Mendez

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT BONNOT, that the status conference hearing date of November 13, 2012 be vacated, and the matter be set for status conference on January 15, 2013 at 8:45 a.m.

The reason for this continuance is due Dennis Waks' imminent retirement, the case has been reassigned to Matthew Scoble. Substitute counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including January 15, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 8, 2012.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble
　　　　　　　　　　　　　　　　　　　　　　MATTHEW SCOBLE
　　　　　　　　　　　　　　　　　　　　　　Designated Counsel for Service
　　　　　　　　　　　　　　　　　　　　　　Attorney for ROBERT BONNOT

DATED: November 8, 2012.　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble for
　　　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


ORDER

　　UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 13, 2012, status conference hearing be continued to January 15, 2013, at 8:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the January 15, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 11/8/2012

                              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge